1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney
   California Bar No. 244142
5         333 Market Street, Suite 1500
          San Francisco, California 94105
6         Telephone: (415) 977-8928
          Facsimile: (415) 744-0134
7         E-Mail: kathryn.watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| PABLO REYNA, ) | CIVIL NO. 1:09-cv-01970-SMS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND TIME |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 13) be extended to August 12, 2010.

This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

///
///
///
///
///

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: July 8, 2010  /s/ *Sengthiene Bosavanh*
(As authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: July 8, 2010  BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated:  July 8, 2010        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE