BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: kathryn.watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PABLO REYNA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:09-1970-SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Defendant's time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 13) be extended 8 days to August 20, 2010.

///

///

///

///

///

///

Defendant apologies to the Court and Plaintiff for the delay due to personal health reasons.

                                        Respectfully submitted,

Dated: August 12, 2010                    /s/ *Sengthiene Bosavanh*
                                        (As authorized via phone)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff

Dated: August 12, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *Kathryn R. Watson*
                                        KATHRYN R. WATSON
                                        Special Assistant United States Attorney

**IT IS SO ORDERED:**

Dated: August 16, 2010                    /s/ SANDRA M. SNYDER
                                        HONORABLE SANDRA M. SNYDER
                                        United States Magistrate Judge